**SEALED**

**FILED**
DEC 05 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5:08-mj-000041 TAG |
| Plaintiff, ) | ORDER SEALING ARREST WARRANT, |
| v. ) | CRIMINAL COMPLAINT, APPLICATION |
| ) | AND ORDER |
| JUAN DELGADO-MONTENEGRO, ) | |
| ) | **Under Seal** |
| Defendant. ) | |

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: December 4, 2008

_____
THERESA A. GOLDNER
U.S. Magistrate Judge

1