IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br><br>ADRIAN NEGRETE-HERNANDEZ,<br>JANET MARTINEZ,<br>JUAN DELGADO-MONTENEGRO,<br>"GUERITA,"<br>ISMAEL CASAS,<br>MICHAEL RAMOS,<br>OLEGARIO TRUJILLO,<br>LUIS CORTEZ-MENDOZA,<br>ALEJANDRO MEJIA, and<br>PEDRO DELGADO-MONTENEGRO<br>　　　　Defendants. | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG |

ORDER TO UNSEAL ARREST WARRANTS AND CRIMINAL COMPLAINTS

**Under Seal**

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaints and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

1

1  Warrants in the above-entitled proceedings shall be unsealed.
2  DATED: December 10, 2008

   _____
   THERESA A. GOLDNER
   U.S. Magistrate Judge

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>ADRIAN NEGRETE-HERNANDEZ, )<br>JANET MARTINEZ, )<br>JUAN DELGADO-MONTENEGRO, )<br>"GUERITA," )<br>ISMAEL CASAS, )<br>MICHAEL RAMOS, )<br>OLEGARIO TRUJILLO, )<br>LUIS CORTEZ-MENDOZA, )<br>ALEJANDRO MEJIA, and )<br>PEDRO DELGADO-MONTENEGRO, )<br>)<br>Defendants. )<br>)<br>_____ ) | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG<br><br><br><br>APPLICATION TO UNSEAL CRIMINAL<br>COMPLAINTS AND ARREST WARRANTS |

   The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaints in the above-captioned proceedings.

   This motion is based on the fact that the defendants in these matters were arrested on the criminal complaints.

Dated: December 10, 2008              Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney
                                By:   /s/ Karen A. Escobar
                                      KAREN A. ESCOBAR
                                      Assistant U.S. Attorney

1